IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

| | |
|---|---|
| DIANE JAKUBOWSKI and, Brian Jakubowski, her husband,<br><br>Plaintiffs,<br><br>vs.<br><br>OCEAN REEF CLUB, INC., a Florida corporation,<br><br>Defendant, | Case No. 4:18-CV10122 JLK<br><br>Magistrate Andrea Simonton |

## ORDER REMANDING CASE TO STATE COURT

THIS CAUSE is before the Court on the Parties' August 13, 2018 Agreed Motion to Remand to State Court. This Court finds that because Defendant OCEAN REEF CLUB, INC., has its principal place of business in Florida, removal is improper under 28 U.S.C. § 1441(b)(2)

Accordingly, the parties' Agreed Motion to Remand is **GRANTED,** and it is further **ORDERED AND ADJUDGED** that the Clerk is directed to **REMAND** this case to state court, **CLOSE** this case, and **DENY** all pending motions as moot. All parties shall bear their own costs and attorney's fees.

**DONE AND ORDERED** in Chambers at Key West, Monroe County, Florida, this 14th day of August, 2018.

JAMES LAWRENCE KING
United States District Judge

Copies furnished to:
Counsel of record